# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY RICKY HANNAH, (TDCJ-CID #1565362) § § § | | |
| Petitioner, § § | | |
| vs. § | CIVIL ACTION H-11-2239 | |
| RICK THALER, § § § | | |
| Respondent. § | | |

## MEMORANDUM AND OPINION

The petitioner, Jerry Ricky Hannah, filed this action seeking habeas corpus relief under 28 U.S.C. § 2254. He challenges the conviction by the state court in Liberty County, Texas. Liberty County is in the Beaumont Division of the United States District Court for the Eastern District of Texas.

Under 28 U.S.C. § 2241(d), a court may transfer a habeas petition to the district where the state court that convicted and sentenced the petitioner is located. The statute provides that "[w]here an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him. . . ." 28 U.S.C. § 2241(d).

Under this statute, this court transfers Hannah's case to the Eastern District of Texas, Beaumont Division. Hannah's motion to proceed *in forma pauperis,* (Docket Entry No. 3), is denied

without prejudice to reconsideration after transfer.

SIGNED on July 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge